UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal Case No. 20-MJ-00041-PAS |
| MICHAEL CHAVES, Defendant. | |

## **MOTION TO DISMISS**

The Government moves to dismiss the above complaint as the defendant has pleaded and been convicted in his other pending criminal case, United States v. Michael Chaves, 19-CR-00081-WES.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorney,

RICHARD B. MYRUS
Acting United States Attorney

DULCE DONOVAN

Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email: Dulce.Donovan@usdoj.gov